UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **HOWARD MONIZ**, <br><br> Plaintiff, <br><br> v. <br><br> **MICHAEL A. WEIPERT, et al.**, <br><br> Defendant. | 2:20-CV-12705 <br><br> **JUDGMENT** |

The above-entitled matter having come before the Court on a civil rights complaint brought pursuant to 42 U.S.C. § 1983, the Honorable Terrence G. Berg, United States District Judge, presiding, and in accordance with the Opinion and Order entered on this date;

**IT IS ORDERED AND ADJUDGED** that the civil rights complaint is **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

Dated: April 30, 2021     s/Terrence G. Berg
                          TERRENCE G. BERG
                          UNITED STATES DISTRICT JUDGE